UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. CARROLL, | No. 2:16-cv-0224 AC P |
| Petitioner, | |
| v. | ORDER |
| LIZARRAGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district.  As a result, he has not submitted the certificate portion of the in forma pauperis application that must be filled out and signed by an authorized prison official.  See Rule 3(a)(2), Rules Governing § 2254 Cases.  Petitioner will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide petitioner with a copy of the in forma pauperis application used by this court; and

////

1

2. Petitioner shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 5, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE